# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     TIMOTHY CARSON CRANE
              AKA: TIMOTHY C. CRANE       CHAPTER 13

         Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
        Movant                                CASE NO: 1-11-06937-RNO

TIMOTHY CARSON CRANE
AKA: TIMOTHY C. CRANE

        Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on September 23, 2016, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of September 23, 2016, the Debtor(s) is/are $4400.00 in arrears with a plan payment having last been made on May 04, 2016.

In accordance with said stipulation, the case may be dismissed upon certification of the Trustee without further notice or hearing.

                                                               Respectfully Submitted,
                                                               /s/ Liz Joyce
                                                                for Charles J. DeHart, III, Trustee
                                                                8125 Adams Drive, Suite A
                                                                Hummelstown, PA 17036
                                                                Phone: (717) 566-6097

Dated: September 23, 2016

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: TIMOTHY CARSON CRANE
AKA: TIMOTHY C. CRANE

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

CHAPTER 13

TIMOTHY CARSON CRANE
AKA: TIMOTHY C. CRANE

CASE NO: 1-11-06937-RNO

Respondent(s)

### CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Certification of Default by First Class Mail, unless served electronically, at the below address on September 23, 2016.

GARY J. IMBLUM, ESQUIRE
4615 DERRY STREET
HARRISBURG, PA 17111-

TIMOTHY CARSON CRANE
224 BERMUDIAN CHURCH ROAD
EAST BERLIN, PA 17316

RESPECTFULLY SUBMITTED,

/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: September 23, 2016