```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                                  Case No. 11-06937-RNO
Timothy Carson Crane                                                    Chapter 13
         Debtor                      CERTIFICATE OF NOTICE
District/off: 0314-1           User: PRadginsk             Page 1 of 2             Date Rcvd: Oct 14, 2016
                               Form ID: pdf010             Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 16, 2016.
db            +Timothy Carson Crane,    224 Bermudian Church Road,    East Berlin, PA 17316-9154
3965370       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  FIA CARD SERVICES, N.A.,    PO Box 15102,
                 Wilmington, DE 19886-5102)
3978150       +Bank of America, N.A.,    c/o Prober & Raphael, A Law Corporation,
                 20750 Ventura Blvd., Suite 100,    Woodland Hills, CA 91364-6207
3981477       +Bank of America, N.A.,    450 American Street,    Simi Valley , CA 93065-6285
3962092       +CENTRAL CREDIT AUDIT INC,    POST OFFICE BOX 735,    SUNBURY, PA 17801-0735
3962093        CHASE,   POST OFFICE BOX 15145,    WILMINGTON , DE 19850-5145
3987648        Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
3962096        GETTYSBURG DIAGNOSTIC IMAGING,    POST OFFICE BOX 10848,    LANCASTER, PA 17605-0848
4675434       +HSBC Bank USA, National Assoc., et al,    c/o Nationstar Mortgage LLC,    PO Box 619096,
                 Dallas TX 75261-9096
4343415        HSBC Bank, USA, National Association,,    as Trustee c/o Bank of America, N.A.,
                 P.O. Box 660933,    Dallas, TX 75266-0933
4018361       +HSBC Consumer Lending (USA) Inc.,    961 Weigel Drive,    Elmhurst, IL 60126-1058
3962098       ++JC CHRISTENSEN & ASSOC,    PO BOX 519,    SAUK RAPIDS MN 56379-0519
               (address filed with court:  J C CHRISTENSEN & ASSOC INC,    POST OFFICE BOX 519,
                 SAUK RAPIDS, MN  56379)
3962101        MEDICAL,   C/O FIN RECOVERY,    POST OFFICE BOX 1388,    MOUNT LAUREL, NJ 08054-7388
4461118       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:  Nationstar Mortgage, LLC,    Attn: Bankruptcy Department,
                 P.O. Box 630267,    Irving, Texas 75063)
3962104        PA DEPT OF REVENUE,    BUREAU OF INDIVIDUAL TAXES,    DEPT 280431,   HARRISBURG,, PA 17128-0431
4033192        Verizon,   PO BOX 3037,    Bloomington, IL 61702-3037
4016889       +YORK HOSPITAL,    1001 SOUTH GEORGE ST,    YORK PA 17403-3645

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 14 2016 19:17:13
                 Midland Funding LLC by American InfoSource LP as a,    Attn: Department 1,    PO Box 4457,
                 Houston, TX  77210-4457
cr             E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 14 2016 19:16:57
                 Midland Funding LLC by American InfoSource LP as a,    PO Box 4457,   Houston, TX  77210-4457
cr             E-mail/PDF: rmscedi@recoverycorp.com Oct 14 2016 19:11:29
                 Recovery Management Systems Corporation,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
3962087       +E-mail/Text: bkr@cardworks.com Oct 14 2016 19:15:46      ADVANTA CREDIT CARD,
                 POST OFFICE BOX 9217,    OLD BETHPAGE, NY 11804-9017
3962102        E-mail/Text: BankruptcyNotices@aafes.com Oct 14 2016 19:15:48      MILITARY STAR,
                 3911 WALTON WALKER,    DALLAS, TX 75266-0490
3979853        E-mail/Text: BankruptcyNotices@aafes.com Oct 14 2016 19:15:48      AAFES/MIL STAR/EXCHANGE,
                 c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas, TX 75374
4038080       +E-mail/Text: bncmail@w-legal.com Oct 14 2016 19:16:01      Candica, LLC,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
4000489        E-mail/PDF: rmscedi@recoverycorp.com Oct 14 2016 19:11:29      Equable Ascent Financial, LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
4227747        E-mail/PDF: rmscedi@recoverycorp.com Oct 14 2016 19:11:37      Granite Recovery LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
3962097        E-mail/Text: cio.bncmail@irs.gov Oct 14 2016 19:15:49      INTERNAL REVENUE SERVICE,
                 SPECIAL PROCEDURES,    POST OFFICE BOX 12051,    PHILADELPHIA,, PA  19105-2051
3962099       +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 14 2016 19:11:38      LVNV FUNDING,
                 POST OFFICE BOX 10584,    GREENVILLE, SC 29603-0584
3962100       +E-mail/Text: Diane@mvrlaw.com Oct 14 2016 19:15:48      MARTHA E VON ROSENSTIEL PC,
                 649 SOUTH AVENUE,    SUITE 7,    CLIFTON HEIGHTS, PA 19018-3541
4302445        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 14 2016 19:17:13      Midland Funding LLC,
                 by American InfoSource LP as agent,    Attn: Department 1,    PO Box 4457,
                 Houston, TX  77210-4457
4236763        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 14 2016 19:17:13      Midland Funding LLC,
                 by American InfoSource LP as agent,    PO Box 4457,   Houston, TX  77210-4457
3981849        E-mail/PDF: rmscedi@recoverycorp.com Oct 14 2016 19:11:44
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3962088        BAC HOME LOANS,    POST OFFICE BOX 5170
3962090        BANK OF AMERICA,    POST OFFICE BOX 15026
3962089        SIMI VALLEY, CA  93062-5170
3962091        WILMINGTON, DE  19850-5026
3962094        WILMINGTON, DE  19850-5298
```

```
District/off: 0314-1           User: PRadginsk            Page 2 of 2            Date Rcvd: Oct 14, 2016
                               Form ID: pdf010            Total Noticed: 32
```

```
cr*          +Bank of America, N.A. c/o Prober & Raphael, A Law,    20750 Ventura Blvd, Suite 100,
              Woodland Hills, CA 91364-6207
cr*          +Candica, LLC,    c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
              Seattle, WA 98121-3132
4352315*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court:  Nationstar Mortgage, LLC,     PO Box 619096,    Dallas, TX 75261-9741)
4352316*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court:  Nationstar Mortgage, LLC,     PO Box 619096,    Dallas, TX 75261-9741)
4352317*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court:  Nationstar Mortgage, LLC,     PO Box 619096,    Dallas, TX 75261-9741)
4352318*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court:  Nationstar Mortgage, LLC,     PO Box 619096,    Dallas, TX 75261-9741)
3962095      ##+CREDITORS EXCHANGE,    80 HOLTZ DRIVE,    BUFFALO, NY 14225-1470
3985819      ##+HSBC Bank USA, National Association, et al,    c/o Bank of America, N.A.,
              Bk. Dept., Mail Stop CA6-919-01-23,    400 National Way,    Simi Valley, CA 93065-6414
3962103      ##NATIONWIDE CREDIT INC,    2002 SUMMIT BLVD STE 600,    ATLANTA, GA 30319-1559
                                                                                  TOTALS: 5, * 6, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2016                                    Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 14, 2016 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor   Bank of America, N.A. ASwartz@mwc-law.com,
               ecfmail@mwc-law.com
              Ann E. Swartz    on behalf of Creditor   HSBC Bank USA, National Association, as Trustee for the
               Holders of The Ellington loan Acquisition Trust 2007-1, Mortgage Pass-Through Certificates,
               Series 2007-1 ASwartz@mwc-law.com,   ecfmail@mwc-law.com
              Ann E. Swartz    on behalf of Creditor   HSBC BANK USA, et al.... ASwartz@mwc-law.com,
               ecfmail@mwc-law.com
              Celine P DerKrikorian    on behalf of Creditor   HSBC Bank USA, National Association, as Trustee
               for the Holders of The Ellington loan Acquisition Trust 2007-1, Mortgage Pass-Through
               Certificates, Series 2007-1 ecfmail@mwc-law.com
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Daniel Brett Sullivan    on behalf of Creditor   NATIONSTAR MORTGAGE, LLC dans@w-legal.com,
               BNCmail@w-legal.com
              Gary J Imblum    on behalf of Debtor Timothy Carson Crane gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              Jill Manuel-Coughlin    on behalf of Creditor   Bank of America, N.A. jill@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com
              Joseph Angelo Dessoye    on behalf of Creditor   NATIONSTAR MORTGAGE, LLC pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor   HSBC Bank USA, National Association, as Trustee for
               the Holders of The Ellington loan Acquisition Trust 2007-1, Mortgage Pass-Through Certificates,
               Series 2007-1 bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Marisa Myers Cohen    on behalf of Creditor   Nationstar Mortgage LLC s/i/i/t Bank of America,
               N.A. Mcohen@mwc-law.com
              Marisa Myers Cohen    on behalf of Creditor   HSBC Bank USA, National Association
               Mcohen@mwc-law.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 13
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**TIMOTHY CARSON CRANE**
**AKA: TIMOTHY C. CRANE**

    Debtor(s)

**CHARLES J. DEHART, III**
**CHAPTER 13 TRUSTEE**

    Movant(s)

vs.

**TIMOTHY CARSON CRANE**
**AKA: TIMOTHY C. CRANE**

    Respondent(s)

Chapter: 13

Case Number: 1:11-bk-06937 RNO

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss case for material default and it having been determined that this case should be dismissed, it is

**ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

By the Court,

*Robert N. Opel, II*
Robert N. Opel, II, Chief Bankruptcy Judge
(DG)

Dated: October 14, 2016