## Sharlene Miller

| | |
|---|---|
| **From:** | USBankruptcyCourts@noticingcenter.com |
| **Sent:** | Saturday, October 15, 2016 8:18 AM |
| **To:** | Gary Imblum |
| **Subject:** | U.S. Bankruptcy Court, Middle District of Pennsylvania - Undeliverable Notice, In re: Timothy Carson Crane, Case Number: 11-06937, RNO, Ref: [p-100615926] |
| **Attachments:** | B_P11106937pdf0100512.PDF |

<u>Notice of Undeliverable Mail to Debtor/Debtor's Attorney</u>

October 16, 2016

From: United States Bankruptcy Court, Middle District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
  In re: Timothy Carson Crane, Case Number 11-06937, RNO

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

**NOTE: No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court**
**Ronald Reagan Federal Building**
**PO Box 908**
**Harrisburg, PA 17108**

---

Undeliverable Address:
BAC HOME LOANS
POST OFFICE BOX 5170

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
*POST Office Box 5170*
*Simi Valley CA 93062-5170*

10/17/2016
Case 1:11-bk-06937-RNO    Doc 129    Filed 10/18/16    Entered 10/18/16 09:14:31    Desc
          Main Document      Page 1 of 3

Undeliverable Address:
BANK OF AMERICA
POST OFFICE BOX 15026

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
Post Office Box 15026
Wilmington DE 19850-5026

Undeliverable Address:
CREDITORS EXCHANGE
80 HOLTZ DRIVE
BUFFALO, NY 14225

Reason Undeliverable: FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:
Can't find address

Undeliverable Address:
HSBC Bank USA, National Association, et al
c/o Bank of America, N.A.
Bk. Dept., Mail Stop CA6-919-01-23
400 National Way
Simi Valley, CA 93065

Reason Undeliverable: FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:
Can't find address

Undeliverable Address:
NATIONWIDE CREDIT INC
2002 SUMMIT BLVD STE 600
ATLANTA, GA 30319-1559

Reason Undeliverable: FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:
Can't find address

10/17/2016

Undeliverable Address:
SIMI VALLEY, CA 93062-5170

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
no business listed

Undeliverable Address:
WILMINGTON, DE 19850-5026

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
no business listed

Undeliverable Address:
WILMINGTON, DE 19850-5298

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
no business listed

_____    10/17/16
Signature of Debtor or Debtor's Attorney      Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**

Total Control Panel

Login

To: gary.imblum@imblumlaw.com
From: usbankruptcycourts@noticingcenter.com

Message Score: 1
My Spam Blocking Level: Low

Block this sender
Block noticingcenter.com

High (60): Pass
Medium (75): Pass
Low (90): Pass

This message was delivered because the content filter score did not exceed your filter level.